DIANE J. HUMETEWA
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
angela.woolridge@usdoj.gov
Attorneys for Plaintiff

___FILED___LODGED

___RECEIVED___COPY

2009 MAY -6  P 5: 44

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR 09  0791 TUC CKJ/JM

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | Violations: |
| | ) | 18 USC §922(a)(6) |
| v. | ) | 18 USC §924(a)(2) |
| | ) | 18 USC §924(d) |
| Gabriel Ashley Munguia, | ) | 28 USC §2461(c) |
| | ) | |
| Defendant. | ) | (False Statement During Purchase |
| | ) | of a Firearm; Forfeiture) |
| | ) | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 7, 2009, at or near Tucson, in the District of Arizona, GABRIEL ASHLEY MUNGUIA, in connection with the acquisition of firearms, that is; one I.O. Model 10K-47C 7.62x39 mm rifle, serial number 001455; and one Century International Arms Model GP/WASR 10163 7.62x39 mm rifle, serial number 1973EK1518; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc., as to a fact material to the lawfulness of such sale of the said firearms to GABRIEL ASHLEY MUNGUIA under Chapter 44, Title 18, United States Code, in that GABRIEL ASHLEY MUNGUIA represented that he was the actual

transferee/buyer of the firearms and was not acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 2

On or about February 16, 2009, at or near Tucson, in the District of Arizona, GABRIEL ASHLEY MUNGUIA, in connection with the acquisition of firearms, that is; one I.O. Model 10K-47C 7.62x39 mm rifle, serial number 001326; and one I.O. Model 10K-47C 7.62x39 mm rifle, serial number 001329; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc., as to a fact material to the lawfulness of such sale of the said firearms to GABRIEL ASHLEY MUNGUIA under Chapter 44, Title 18, United States Code, in that GABRIEL ASHLEY MUNGUIA represented that he was the actual transferee/buyer of the firearms and was not acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 or 2 of this Indictment, defendant GABRIEL ASHLEY MUNGUIA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in any knowing violation of the commission of an offense of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), including, but not limited to: one I.O. Model 10K-47C 7.62x39 mm rifle, serial number 001455; one Century International Arms Model GP/WASR 10163 7.62x39 mm rifle, serial number 1973EK1518; one I.O. Model 10K-47C 7.62x39 mm rifle, serial number 001326; and one I.O. Model 10K-47C 7.62x39 mm rifle, serial number 001329.

US v. **Gabriel Ashley Munguia**, Indictment Page 3

If any of the property described above, as a result of any act or omission of the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL



Presiding Juror

MAY 0 6 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

Assistant U.S. Attorney

US v. **Gabriel Ashley Munguia**, Indictment Page 3